

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Ex parte Rickel Tonio Baker, Jr.

Appellate case number:    01-22-00789-CR, 01-22-00790-CR, 01-22-00791-CR

Trial court case number:  22-DCR-099972, 20-DCR-092879A, 20-DCR-092879B

Trial court:              240th District Court of Fort Bend County

Appellant filed a notice of appeal from the trial court's October 21, 2022 order(s) denying his applications for writ of habeas corpus. The complete appellate record has been filed with this Court. After a review of the appellate record, the Court desires briefing in this matter. *See* TEX. R. APP. P. 31.1.

Appellant is ordered to file a brief within **twenty days** of the date of this order in support of his applications for writ of habeas corpus. *See* TEX. R. APP. P. 31.1. The State's brief, if any, is due to be filed no later than **twenty days** from the filing of appellant's brief.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually

Date: January 19, 2023